IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID EARL POMAR,

    Petitioner,

vs.

WARDEN, Federal Satellite Low,

    Respondent.

CIVIL ACTION NO.: CV209-054

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10 day of November, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE